|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ARTHUR D. JACKSON,              ) | Civil No. 05cv513 L (NLS) |
|---|---|
|                                  ) |  |
|             Plaintiff,           ) | **ORDER GRANTING PLAINTIFF'S** |
| v.                               ) | **MOTION TO AMEND SCHEDULING** |
|                                  ) | **ORDER** [Doc. No. 64] **AND REQUEST** |
| J. WOODFORD, et al.,             ) | **TO THE CLERK OF COURT FOR** |
|                                  ) | **SUBPOENA DUCES TECUM AND U.S.** |
|             Defendants.          ) | **MARSHAL FORM 285** [Doc. No. 65] |
|                                  ) |  |

Plaintiff Jackson, appearing *pro se* and *in forma pauperis*, seeks to (1) amend the scheduling order regarding the discovery cutoff date and pretrial motions filing deadline [Doc. No. 64]; and (2) obtain the forms to subpoena witnesses and depose defendants before trial [Doc. No. 65]. Regarding the second request, plaintiff requests that the Clerk of this Court send him the following forms: deposition subpoena, subpoena ad testificandum and subpoena duces tecum.

For good cause showing, the Court **GRANTS** plaintiff's motion to amend the scheduling order and **GRANTS** his request for forms. Accordingly, the Court **ORDERS**:

1. All discovery, including experts, shall be completed by all parties on or before ***May 4, 2007***;

2. All other pretrial motions must be filed on or before ***June 4, 2007***;

3. All other provisions of the January 9, 2007 Amended Scheduling Order remain in full force and effect; and

/ / /

4. The Clerk of Court shall forward to plaintiff ten subpoena duces tecum forms and ten U.S. Marshal 285 forms.

Plaintiff is advised, however, that his *in forma pauperis* status does not waive the payment of fees or expenses for witnesses. *See Tedder v. Odel*, 890 F.2d 210, 211-212 (9th Cir. 1989). Plaintiff is responsible to pay for any costs associated with the subpoenas and depositions.

**IT IS SO ORDERED.**

DATED: April 11, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge