UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. JACKSON,<br><br>          Plaintiff,<br>v.<br><br>J. WOODFORD, et al.,<br><br>          Defendants. | Civil No. 05cv513-L(NLS)<br><br>**ORDER RE: OPPOSITION TO**<br>**PLAINTIFF'S MOTION TO COMPEL** |

Plaintiff Arthur Dwayne Jackson filed a motion for an order compelling certain defendants to to answer his third set of interrogatories and to produce documents in response to his third request for production of documents. [Doc. No. 77.] The Court **ORDERS** that Defendants' response, if any, to Plaintiff's motion to compel be filed no later than ***June 6, 2007***.

**IT IS SO ORDERED.**

DATED: May 25, 2007

　　　　　　　　　　　　　　　　　　　　*/s/ Nita L. Stormes*
　　　　　　　　　　　　　　　　　　　　Hon. Nita L. Stormes
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge