# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. JACKSON,              )<br>                                              )<br>              Plaintiff,            )<br>v.                                            )<br>                                              )<br>J. WOODFORD, et al.,            )<br>                                              )<br>              Defendants.        )<br>_____)  | Civil No. 05cv513 L (NLS)<br><br>**ORDER GRANTING REQUEST TO**<br>**OBTAIN A MOTION HEARING DATE**<br><br>[Doc. No. 85] |

Before the Court is plaintiff Jackson's request for a hearing date for a motion for summary judgment.

Under the Second Amended Scheduling Order, all potentially dispositive pretrial motions must be filed on or before July 20, 2007. Plaintiff's request for a hearing date on a motion for summary judgment is appropriate given the current procedural posture of the case. Accordingly, the Court **GRANTS** the request, and **SETS** plaintiff's motion for summary judgment to be heard on ***August 17, 2007*** at ***1:30 p.m.*** in Courtroom F. Plaintiff shall reference the hearing date, time, and location in the caption of his motion. The motion shall be submitted on the papers and without oral argument, pursuant to Local Civil Rule 7.1(d), and therefore no appearances by the parties are required.

**IT IS SO ORDERED.**

DATED: June 22, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge