UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR DUANE JACKSON, | Civil No. 05cv0513-L(NLS) |
| Plaintiff, | **ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO DISCOVERY ORDER** |
| v. | |
| J. WOODFORD, Director CDC, *et al.*, | |
| Defendants. | |

Plaintiff, proceeding *pro se* in this prisoner civil rights action, filed an objection pursuant to Federal Rule of Civil Procedure 72(a) to the Magistrate Judge's April 19, 2007 Order Denying Plaintiff's Motions to (1) Appoint a Shorthand Reporter; and (2) Take Oral Depositions of Defendants and Witnesses. Plaintiff's objections are **OVERRULED**.

District court review of magistrate judge orders on non-dispositive motions is limited. Discovery motions, such as the motions at issue here, are considered non-dispositive. See 28 U.S.C. § 636(b)(1)(A); Civ. Loc. R. 72.1(b). A district court judge may reconsider a magistrate judge's ruling on a non-dispositive motion only "where it has been shown that the magistrate's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. Proc. 72(a).

Plaintiff's Motion for Court Appointed Shorthand Reporter Authorized to Administer Oaths for the Taking of Depositions was denied as moot because leave of court is not required.

*See* Fed. R. Civ. P. 30.  Plaintiff does not provide any authority or argument that this ruling was clearly erroneous or contrary to law.

Plaintiff's Motion to Take Oral Deposition of Defendants and Witnesses listed several witnesses whose depositions Plaintiff sought to compel.  Plaintiff provided no argument why a court order was necessary to compel these depositions.  For the first time in his objections Plaintiff argues that an order was required because (1) he sought to depose a person confined to prison; (2) he sought to depose more than ten individuals; and (3) Defendants had refused to make themselves and the identified witnesses available for depositions.  Although these are grounds necessitating a court order, Plaintiff failed to present them in his motion.  Furthermore, these grounds, except for the number of depositions, were not evident on the face of Plaintiff's motion.  The incarcerated witness was not mentioned in Plaintiff's initial motion either by name or by description as an inmate, and Plaintiff made no reference to Defendant's refusal to comply.  Although one could gather that Plaintiff sought to take more than ten depositions (the motion lists twenty proposed deponents), Plaintiff did not provide any argument why this was necessary.  Accordingly, the magistrate judge's order, denying Plaintiff's motion as moot, was not clearly erroneous or contrary to law.

For the foregoing reasons, Plaintiff's objections are **OVERRULED**.

**IT IS SO ORDERED.**

DATED: June 26, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL