UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. JACKSON, | Civil No. 05cv513 L (NLS) |
| Plaintiff, | **FOURTH AMENDED SCHEDULING ORDER REGULATING PRE-TRIAL PROCEEDINGS** |
| v. | |
| J. WOODFORD, et al., | |
| Defendants. | |

The Court is currently considering the parties' cross motions for summary judgment. Therefore, the Court sua sponte **SETS** the following new dates for the pretrial schedule.

**IT IS HEREBY ORDERED**:

1. The requirement to file a Memorandum of Contentions of Fact and Law under Local Rule 16.1(f)(2) is waived.

2. Counsel and unrepresented parties shall comply with the pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before *April 28, 2008*. Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Federal Rule of Civil Procedure 37.

3. Counsel and unrepresented parties shall meet and take the action required by Local Rule 16.1(f)(4) on or before *May 5, 2008*. At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be

prepared in accordance with Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Federal Rule of Civil Procedure 26(a)(3). Counsel shall cooperate in the preparation of the proposed pretrial conference order.

4. The Proposed Final Pretrial Conference Order, including objections to any other parties' Federal Rule 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the Clerk of the Court on or before *May 12, 2008*, and shall be in the form prescribed in and in compliance with Local Rule 16.1(f)(6).

5. The final Pretrial Conference currently scheduled for February 4, 2008 at 11:00 a.m. is **VACATED** and **RESET** on the calendar of Judge Lorenz for *May 19, 2008 at 11:00 a.m.*

6. A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

7. The dates and times set forth herein will not be modified except for good cause shown.

DATED: January 18, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge